UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                 Criminal No. 09-cr-13-01-JL

Andrew Deane

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/ Joseph N. Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Date: February 19, 2009

cc:   Terry L. Ollila, AUSA
       Richard F. Monteith, Jr., Esq.
       U.S. Marshal
       U.S. Probation