UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 09-cr-13-JL

<u>Andrew Deane</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted. The continuance is limited to 60 days.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: April 28, 2009

cc:  Richard F. Monteith, Jr.
     Patrick Shanley, Esq.
     Liam Scully, Esq.
     Debra M. Walsh, AUSA
     Donald A. Feith, AUSA
     U.S. Marshal
     U.S. Probation