```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.          Criminal No. 09-cr-13-01-JL

<u>Andrew Deane</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted.  No Further continuances without a hearing.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              _____
              Joseph N. Laplante
              United States District Judge

Date:  July 22, 2009


cc: Richard F. Monteith, Jr., Esq.
   Terry L. Ollila, Esq.
   U.S. Marshal
   U.S. Probation